# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| STANLEY E. CRAIGWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV608-078 |
| ) | |
| GEORGIA DEPARTMENT OF ) | |
| CORRECTIONS and WARDEN ) | |
| DAN STONE, ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

In an order dated September 18, 2008, the Court granted plaintiff's motion to proceed in forma pauperis and ordered him to submit a Prisoner Trust Fund Account Statement form and a Consent to Collection of Fees from Trust Account form. (Doc. 3.) The Court warned plaintiff that his failure to return both forms by October 18, 2008 would result in a recommendation that his case be dismissed. (Id.) Plaintiff returned the form reflecting his prison account's current balance and recent transactions but did not submit the form authorizing collection of fees from that

account. (Doc. 4.) Since plaintiff has not returned the consent form as directed, and since the Court warned plaintiff of the consequences of failing to submit the form, his case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this 30th day of October, 2008.

*/s/ Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA