# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| STANLEY E. CRAIGWELL, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CV608-078 |
| GEORGIA DEPARTMENT OF CORRECTIONS and WARDEN DAN STONE, | ) | |
| Defendants. | ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 17 day of Nov., 2008.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA